AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Lane Sanders,<br><br>Defendant | Case No. 25-3257MJ<br><br>**SEALED** |

☐ FILED  ☒ RECEIVED

**JUN 13 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan Lane Sanders,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1), and 2256- Receiving Child Pornography / Attempt
18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor / Attempt
18 U.S.C. § 1470 - Transferring Obscene Matter to a Minor / Attempt

Date: June 11, 2025

*Issuing officer's signature*: M Morrissey

City and state: Phoenix, Arizona

MICHAEL T. MORRISSEY, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/11/2025, and the person was arrested on *(date)* 06/12/2025
at *(city and state)* Mesa, AZ.

Date: 06/13/2025

By: [signature]
*Arresting officer's signature*

FBI
*Printed name and title*