Jerald J. Schreck (AZ Bar #016006)
THE SCHRECK LAW FIRM, PLLC
45 West Jefferson Street, Suite 1400
Phoenix, Arizona 85003
Phone: (602) 370-3262
Jerry@schrecklawfirm.com
*Attorney for Defendant Jonathan Lane Sanders*

```
FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LANE SANDERS,<br><br>Defendant. | Case No. 25-3257 MJ<br><br>**NOTICE OF APPEARANCE** |

Attorney Jerald J. Schreck, of The Schreck Law Firm, hereby certifies that he is admitted or otherwise authorized to practice in this court, and enters this notice of appearance as counsel for defendant Johnathan Lane Sanders in the above-captioned matter.

**RESPECTFULLY SUBMITTED** this 13th day of June, 2025.

By: */s/ Jerald J. Schreck*
Jerald J. Schreck (AZ Bar #016006)
THE SCHRECK LAW FIRM, PLLC
45 West Jefferson Street, Suite 1400

Phoenix, Arizona 85003
Phone: (602) 370-3262
Email: jerry@schrecklawfirm.com
*Attorney for Defendant Jonathan Lane Sanders*

I hereby certify on June 13, 2025, I provided physical copies of the forgoing to the Clerk of the Court and to the following parties:

The Honorable Michael Morrissey
*Magistrate Judge, District of Arizona*

United States Attorney's Office


By:

*/s/ Jerald J. Schreck*
THE SCHRECK LAW FIRM, PLLC
*Attorney for Defendant Jonathan Lane Sanders*