**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** John Z. Boyle | **Date:** June 13, 2025 |
| **USA v. Jonathan Lane Sanders** | **Case Number:** 25-03257MJ-001-PHX-MTM |

**Assistant U.S. Attorney:** Gayle L. Helart
**Attorney for Defendant:** Jerald Schreck, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE:**
**DOA: 6/12/2025**
MINUTE ENTRY for proceedings held before Magistrate Judge John Z. Boyle: Initial Appearance as to Jonathan Lane Sanders held on 6/13/2025.  The Government moves to UNSEAL this case.  SO ORDERED.  Defendant has retained counsel.  Detention and Status Hearings requested.  SO ORDERED.  Pretrial Services is directed to screen Defendant's parents' residence for possible location monitoring.

Detention Hearing and Status Hearing re: Preliminary Hearing set for 6/26/2025 at 9:30 AM before Judge Fine in Courtroom 303.

**Recorded By** Courtsmart
**Deputy Clerk** Kenneth G. Miller

IA     10 min

Start:  2:44 PM
Stop:   2:54 PM